

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALERUS COMPRESSION SERVICES, A TEXAS LIMITED PARTNERSHIP, and VALERUS COMPRESSION SERVICES MANAGEMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY, GENERAL PARTNER, | § § § | No. 08-13-00366-CV |
| Appellants, | § | Appeal from the |
| | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| | § | (TC#13-01-20290-CVR) |
| REEVES COUNTY APPRAISAL DISTRICT and LOVING COUNTY APPRAISAL DISTRICT, | § | |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment declaring that TEX.TAX CODE ANN. §§ 23.1241 and 23.1242 are unconstitutional as applied to Appellants' compressors. We therefore reverse that part of the judgment and render that these two statutes are not unconstitutional as applied in this case. In all other respects, the trial court's judgment is affirmed. We further order that Appellants and Appellees each pay one half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.